AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

1253 16th Street, N.W. Apt. #2
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   R. COLIN BUNKER   being duly sworn depose and say:

I am a(n)   Special Agent with the Department of State Diplomatic Security Service   and have reason to believe
    (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**1253 16th STREET, N.E. APARTMENT #2, WASHINGTON, DC. THE PREMISES ARE MORE FULLY DESCRIBED IN THE AFFIDAVIT HEREIN WHICH IS INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**IDENTIFICATION DOCUMENTS, INCLUDING BUT NOT LIMITED TO, PASSPORTS, VISAS, RESIDENT ALIEN CARDS, STATE IDENTIFICATIONS CARDS, DRIVER'S LICENSES AND OTHER IDENTITY DOCUMENTS**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**
concerning a violation of Title  18  United States Code, Section(s)  § 1542(d) The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

PATRICIA STEWART
Federal Major Crime Section
(202) 514-7064

Signature of Affiant
R. COLIN BUNKER, Special Agent
Department of State, Diplomatic Security Service

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer

Signature of Judicial Officer