**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

  **for the premises known as 1253 16th Street NE, Apt #2 Washington, D.C. The premises are described as a two-story, red brick, row house located on the East side of 16th Street, South of Mt. Olivet Street. The building has white-trimmed window frames and two wooden entry doors, one brown and one white, each set behind black-grilled gates. 1253 Apt #2 is the white door to the right and can be identified by a white plaque with black numbers, located just to the left of the white door, that reads "1253 #2"**

  I, Special Agent R. Colin Bunker, being duly sworn, depose and state:

1. I am a Special Agent for the United States Department of State, Diplomatic Security Service, and have been so employed since November 2004. I am currently assigned to the Washington Field Office, Dunn Loring, Virginia. I am a graduate of the Federal Law Enforcement Training Center, Glynco, Georgia, having completed the Criminal Investigator Training Program. Furthermore, I am a graduate of the Diplomatic Security Service Training Center, Dunn Loring, Virginia, where I have received training in the investigation of passport fraud laws and related offenses.

2. The information in this affidavit is based on my personal knowledge of this case as well as information provided by the defendant during his confession upon arrest, having waived his rights, on May 2, 2006. This affidavit is not intended to include each and every fact and matter known to the government.

3. This affidavit is submitted in support of a Search Warrant for 1253 16th Street NE, Apt #2, Washington DC 20002. Based on the facts set forth, there is probable cause to believe that BARRY ABDOULAYE knowingly and unlawfully made false statements in an application for a United States passport, with the intent to secure issuance of such passport, in violation of Title 18, United States Code (USC), Section 1542, False Statements in Application for United States Passport. Specifically, your Affiant has

obtained evidence that Barry ABDOULAYE, a/k/a Jacqueza Kimiry CAMPBELL, knowingly submitted a falsified United States passport application by using a Social Security number that did not belong to him, a State of Georgia Birth Certificate that did not belong to him, and a State of New York Identity Card that was issued in a false identity.

4. On May 19, 2005, a black male, 5'6" in height, weight 160 lbs. with black hair and brown eyes, identifying himself as Jacqueza Kimiry CAMPBELL, (ABDOULAYE), executed, swore to the veracity of, and signed a DS-11 (Application for a United States Passport) at the Frederick Douglass Post Office, Washington, DC. In support of his DS-11, ABDOULAYE presented a photo, a State of New York Identity Card in the name of Jacqueza Kimiry CAMPBELL, #XXXXXXX, issued on 05/16/2005. ABDOULAYE also presented a State of Georgia Birth Certificate #XXXXXXX, issued on 07/29/2002, in the name of Jacqueza Kimiry CAMPBELL as proof of his identity.

5. On May 2, 2006, ABDOULAYE was arrested at his place of employment located at 1600 Benning Road NE, Washington DC. ABDOULAYE agreed to waive his rights and be interviewed by your Affiant. ABDOULAYE claims to have in his keeping at his residence a State of New York Identity Card in the name of Jacqueza Kimiry CAMPBELL, which he fraudulently obtained. ABDOULAYE also alleges to have in his keeping a receipt from his Application for U.S. Passport on May 19, 2005. In addition, ABDOULAYE claims that he has in his keeping a fraudulent U.S. Green Card in the name of Barry ABDOULAYE, Social Security # XXXXXXX. ABDOULAYE maintains that these documents are located in his current residence located at 1253 16th Street NE, Apt #2, Washington DC.

6. Based on the information contained in this Affidavit, there is probable cause to believe that Barry ABDOULAYE, a/k/a Jacqueza Kimiry CAMPBELL, presently has in his keeping at his residence the aforementioned documents. 1253 16th Street NE, Apt #2, Washington, DC 20002. Your Affiant will search the premises and,

    Open any door, safe, lock boxes or receptacle where evidence could be hidden,

    Search for identification documents, including but not limited to, Passports, Visas, Resident Alien Cards, State Identification Cards, Driver's Licenses, and other identity documents,

    Search for Application of U.S. Passport receipts.

_____      _____
United States Magistrate Judge        Special Agent R. Colin Bunker
                                                                   US Department of State
                                                                   Diplomatic Security Service

SUBSCRIBED AND SWORN TO
BEFORE ME THIS _____
OF_____, 2005.