AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1253 16th Street, N.E. Apt. #2
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 06-195 M-01

TO:   R. COLIN BUNKER and any Authorized Officer of the United States

Affidavit(s) having been made before me by SA R. COLIN BUNKER who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**1253 16TH STREET, N.E., APARTMENT #2, WASHINGTON, D.C. THE PREMISES ARE MORE FULLY DESCRIBED IN THE AFFIDAVIT HEREIN WHICH IS INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**IDENTIFICATION DOCUMENTS, INCLUDING BUT NOT LIMITED TO, PASSPORTS, VISAS, RESIDENT ALIEN CARDS, STATE IDENTIFICATIONS CARDS, DRIVER'S LICENSES AND OTHER IDENTITY DOCUMENTS**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  MAY 10 2006
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____  at Washington, D.C.
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/4/06 | 5/5/06 7:00 a.m. | Residence Searched, Kitchen Counter |

**INVENTORY MADE IN THE PRESENCE OF**

Special Agent Eric Stocky

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See Attached Receipt

**FILED**

MAY 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

5-5-06
Date



**U.S. Department of State**
BUREAU OF DIPLOMATIC SECURITY
## PROPERTY/EVIDENCE RECEIPT
PAGE _____ OF _____

| INVENTORY NO. | DATE/TIME RECEIVED (mm-dd-yyyy) 05/xx/06 | EVIDENCE LOG NO. | DIPLOMATIC SECURITY CASE NO. P-2005-01633 |
|---|---|---|---|
| OTHER DEPT. CASE NO. | OTHER DEPT. PROPERTY LOCATION AND INVENTORY NO. | | |

ADDRESS WHERE PROPERTY IMPOUNDED: 1253 16th ST NE WASHINGTON DC
TYPE OF CASE: PASSPORT

| RECEIVED FROM | ADDRESS 1253 16th ST NE | CITY WASH DC | STATE | TELEPHONE NO. |
|---|---|---|---|---|
| OWNER (If known) | ADDRESS | CITY | STATE | TELEPHONE NO. |

SUSPECT ☐   VICTIM ☐   SUBJECT ☐   RACE   SEX   DATE OF BIRTH   INCARCERATED YES☐ NO☐   WARRANT YES☐ NO☐

☐ SEIZED PROPERTY    ☐ FORFEITED PROPERTY    ☐ OTHER (Specify)
☐ VOLUNTARILY ABANDONED PROPERTY    ☐ CUSTODIAL PROPERTY

| ITEM NO. | QUANTITY | DESCRIPTION | CURRENCY ONLY Total Face Value | EVIDENCE LABEL NO. |
|---|---|---|---|---|
| 1 | 1 | Louisiana D/L #008667847 I/N/O COUNTY WILLIE | | |
| 2 | 3 | Resident Alien Card A09860703, DL #ID (775456), SS Card 552978881 | | |
| 3 | 1 | SS Card 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 | | |
| 4 | 1 | Travelers Express Receipt #355978841 | | |
| 5 | 1 | Copy of French Visa I/N/O MCliss, DENIS | | |
| 6 | 1 | Ivory Coast PPT 97LB70596 I/N/O MILL MEL ALEXIS | | |
| 7 | 3 | SSN 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, MD D/L #W363139713242, DOB 01/09/1972, NY ID Card I/N/O Jacquez Kimiry Campbell | | |
| 8 | 1 | Misc Documents I/N/O Abdoulaye Rakey | | |

### ACKNOWLEDGEMENTS

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special Agent.

(Print) _____ (Signature) _____
(Sign) _____ WITNESS _____ (Signature) _____
RECEIVED BY (Print Name) _____ (Signature) _____ REASON _____ DATE (mm-dd-yyyy) AND TIME RECEIVED _____

DS-1857
07-2000

☆ U.S. GPO: 2004-307-923

COPY 2  CASE FILE